IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JENNIFER A. SCANNELLI<br>o/b/o SK and CK, minors,<br>o/b/o SHAWN O. KANE, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL**,**<br>Commissioner of the Social<br>Security Administration,<br><br>    Defendant. | Case No. 3:16cv00482<br><br>District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #17), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on February 1, 2018 (Doc. #17) is ADOPTED in full;

2. The case is REMANDED to the Social Security Administration under sentence four of 42 U.S.C. §405(g) for payment of benefits; and

3. The case is terminated on the docket of this Court.

                                                         \*s/Thomas M. Rose

                                                     Thomas M. Rose
                                           United States District Judge