# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| Jennifer A. Scannelli, : | |
| o/b/o SKA and CK, minors, : | |
| o/b/o Shawn O. Kane (deceased), : | Case No. 3:16cv00482 |
| : | |
| Plaintiff, : | District Judge Thomas M. Rose |
| : | Magistrate Judge Sharon L. Ovington |
| vs. : | |
| : | |
| Commissioner of the Social : | |
| Security Administration, : | |
| : | |
| Defendant. : | |

# DECISION AND ENTRY

This case is before the Court upon Plaintiff's Motion For Award Of Attorney Fees And Costs Pursuant To The Equal Access To Justice Act (EAJA) (Doc. #20). The Commissioner has neither responded to nor opposed Plaintiff's Motion.

Plaintiff seeks an award of attorney fees and costs totaling $7,627.63. In the absence of opposition by the Commissioner, Plaintiff's Motion and attached Exhibits establish that the EAJA award she seeks under 28 U.S.C. § 2412 is reasonable and warranted.

Accordingly, the Court hereby **ORDERS** that:

1. The Motion For Allowance Of Attorney Fees filed by Plaintiff's attorney (Doc. #20) is GRANTED;

2. The Commissioner shall pay Plaintiff's attorney fees and costs pursuant to 28 U.S.C. § 2412 in the amount of $7,627.63; and

3. The case remains terminated on the docket of this Court.

June 11, 2018  *s/Thomas M. Rose
　　　　　　　　　　　　　　　　　　　Thomas M. Rose
　　　　　　　　　　　　　　　　　　　United States District Judge